DISTRICT JUDGE JAMES L. ROBART
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PERCY LEVY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JEFFREY UTTECHT,<br><br>　　　　　Respondent. | NO. C06-1224-JLR-MAT<br><br>ORDER GRANTING EXTENSION OF TIME (~~PROPOSED~~) |

Respondent, having filed a Motion for Extension of Time to File Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motion for Extension of Time to File Answer in this matter be and the same is hereby granted.

Respondent's answer to Mr. Levy's Petition for Writ of Habeas Corpus shall be due on or before December 4, 2006.

DATED this <u>21st</u> day of November, 2006.

　　　　　　　　　　　<u>s/ Mary Alice Theiler</u>
　　　　　　　　　　　Magistrate Judge Mary Alice Theiler

Submitted by:

ROB MCKENNA
Attorney General

<u>/s/Gregory J. Rosen</u>
GREGORY J. ROSEN, WSBA #15870
Assistant Attorney General

ORDER GRANTING EXTENSION OF TIME (~~PROPOSED~~)
NO. C06-1224-JLR-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445