UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERCY LEVY, | CASE NO. C06-1224-JLR-MAT |
| Petitioner, | |
| v. | ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |
| JEFFREY UTTECHT, | |
| Respondent. | |

The Court, having considered respondent's second motion for extension of time, and the balance of the record, does hereby find and ORDER as follows:

(1) Respondent's second motion for an extension of time to file an answer to petitioner's federal habeas petition (Dkt. No. 13) is GRANTED. Respondent's answer was received by the Court on January 4, 2007, and has been made a part of the record.

(2) Respondent noted his answer on the Court's calendar for consideration on February 2, 2007. Accordingly, petitioner's response to the answer, should he choose to file one, must be filed and served not later than Monday, January 29, 2007.

/ / /

ORDER GRANTING RESPONDENT'S SECOND MOTION
FOR EXTENSION OF TIME TO FILE AN ANSWER
PAGE -1

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James L. Robart.

DATED this 5th day of January, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S SECOND MOTION
FOR EXTENSION OF TIME TO FILE AN ANSWER
PAGE -2