UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PERCY LEVY, | ) | CASE NO. C06-1224-JLR-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO DEFER RULING |
| JEFFREY UTTECHT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter comes before the Court on petitioner's motion to defer ruling. The Court, having considered petitioner's motion, and the balance of the record, does hereby find and ORDER as follows:

(1)   Petitioner's motion to defer ruling (Dkt. No. 20) is construed as a motion for an extension of time to file a response to respondent's answer and is GRANTED. Petitioner's response was originally due on Monday, January 22, 2006. The Court will allow petitioner the requested 90 days to file his response. Accordingly, petitioner must file and serve his response not later than *April 23, 2007*.

(2)   This matter is RE-NOTED on the Court's calendar for consideration on *April 27,*

ORDER GRANTING PETITIONER'S
MOTION TO DEFER RULING
PAGE -1

01 *2007*.  Respondent must file and serve any reply to petitioner's response by that date.

02             (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

03 respondent, and to the Honorable James L. Robart.

04             DATED this <u>16th</u> day of February, 2007.

                                                            /s/ Mary Alice Theiler
                                                            Mary Alice Theiler
                                                            United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION TO DEFER RULING
PAGE -2